Date signed March 03, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 11-12552 |
|---|---|
| Lita Delaine Kelly, | Chapter 7 |
| Debtor. | |

## MEMORANDUM TO DEBTOR

The court issued a deficiency notice on February 11, 2011, directing Debtor to file a declaration under penalty of perjury with respect to Schedule F that was filed on February 10, 2011. The court also issued several deficiency notices on February 24, 2011, directing Debtor to file 1) a certificate of service with respect to the Amended Voluntary Petition that was filed on February 23, 2011, 2) a declaration under penalty of perjury with respect to the Summary of Schedules and Schedules A, B, C, D, E, G, H, I and J that were filed on February 23, 2011, and 3) a completed Statistical Summary of Certain Liabilities and Related Data.

To date, the noted deficiencies have not been cured. Accordingly, the court advises Debtor that her Schedules will be stricken and her bankruptcy case will be dismissed unless, within fourteen (14) days of the entry of this Memorandum, she makes each of the aforementioned required filings.

cc:   Debtor
      Chapter 7 Trustee

End of Memorandum